

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-60349-CIV-MORENO

SHEILA McCRAY,

    Plaintiff,

vs.

CITY OF FORT LAUDERDALE, political subdivision of the State of Florida, and JOHN LOGES, JIM POLAN, RAUL DIAZ, RAFAEL FERNANDEZ, and PAUL CRISTAFANO, in their official and individual capacities,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR TAXATION OF COSTS AND MOTION FOR STAY AND ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN A CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Defendants' Verified Motion for Taxation of Costs and Motion for Stay **(D.E. No. 30)**, filed on **November 13, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion for taxation of costs is GRANTED pursuant to Federal Rule of Civil Procedure 41(d). ("If a plaintiff who previously dismissed an action in any court files an action based on or including the same claim against the same defendant, the court: (1) may order the plaintiff to pay all or part of the costs of that previous action; and (2) may stay the proceedings until the plaintiff has complied."). Plaintiff has not responded to the Motion for Taxation of Costs and the time for doing so has now passed. The Court, therefore, finds the taxation of costs to be

appropriate in this case and orders Plaintiff to pay $1,543.62 to Defendants in taxable costs incurred by them in the previously dismissed lawsuit. For which sum let execution issue.

**ADJUDGED** that:

(1)  The motion for stay is GRANTED and this case is stayed until such time as Plaintiff has made payment for the taxable costs.

(2)  The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(3)  The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(4)  This order closing the case for statistical purposes pending payment of the taxable costs shall not prejudice the rights of the parties to this litigation.

(5)  Plaintiff SHALL notify the Court by **February 17, 2009** and every 3 months thereafter of the current status of the proceedings and when this action is ready to proceed.

(6)  All other pending motions are DENIED as moot with leave to refile when appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record